IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHARI CRISWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 15-0222-CG-M |
| ) | |
| THE GUARDIAN LIFE ) | |
| INSURANCE COMPANY OF NEW ) | |
| YORK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties having filed a Joint Stipulation of Dismissal With Prejudice (Doc. 17), all claims in this cause are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear her or its own costs.

**DONE and ORDERED** this 7th day of August, 2015.

.                                            /s/ Callie V. S. Granade
                                            UNITED STATES DISTRICT JUDGE